| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ABELSON & TRUESDALE, LLC<br>By: Steven J. Abelson, Esq.<br>ID #SA 7987<br>63 West Main Street<br>P.O. Box 7005<br>Freehold, New Jersey 07728<br>(732) 462-4773<br>Attorney for Debtor | Order Filed on January 6, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MATTHEW KAMINSKI<br>LAUREN KAMINSKI | Case No.: 16-29199 (VFP)<br><br>Hearing Date: December 15, 2016 at 10:00am<br><br>Judge: Hon. Vincent F. Papalia |

### ORDER ENFORCING AUTOMATIC STAY, COMPELLING CESSATION OF WAGE GARNISHMENT, REFUND OF MONIES SEIZED AND FOR PAYMENT OF FEES AND DAMAGES

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: January 6, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**CAPTION OF ORDER:**
ORDER ENFORCING AUTOMATIC STAY, COMPELLING CESSATION OF
WAGE GARNISHMENT, REFUND OF MONIES SEIZED AND FOR PAYMENT OF FEES AND
DAMAGES

**CASE NO**: 16-29199
**ADV. NUMBER**:

**DATE OF HEARING**: December 15, 2016 at 10:00 a.m.

**JUDGE**: Hon. Vincent F. Papalia

------------------------------------------------------------------------------------------------------------------------

This matter having been opened to the Court by Steven J. Abelson, Esq. as attorney for the Debtor, with notice having been given to the Creditor, Kearny Municipal EFCU, and the Court having had the opportunity to review the application of the debtor and for the reasons set forth on the record and for good cause shown:

It is hereby:

**ORDERED** as follows:

1) The actions of Kearny Municipal EFCU are deemed to be a wilful violation of 11 U.S.C. § 362(a).

2) Kearny Municipal EFCU shall cease all attempts to collect on any pre-petition debt against the co-debtor including but not limited to the immediate cessation of the wage execution against Debtor and shall refund all sums garnished post petition within fifteen (15) days.

3) Kearny shall refund to the Debtor all monies received post-petition less only those due for the secured debt listed on Debtors' Schedule D.

4) Fees and Costs pursuant to 11 U.S.C. § 362 (k) in the amount of $ 750.00 for the willful violation of the automatic stay are hereby awarded and payment of same shall be made by Kearny Municipal EFCU within fifteen (15) days of this Order.