| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ABELSON & TRUESDALE, LLC<br>By: Steven J. Abelson, Esq.<br>ID #SA 7987<br>63 West Main Street<br>P.O. Box 7005<br>Freehold, New Jersey 07728<br>(732) 462-4773<br>Attorney for Debtor |
| In Re:<br><br>MATTHEW KAMINSKI<br>LAUREN KAMINSKI |

Order Filed on January 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-29199 (VFP)

Hearing Date: December 15, 2016 at 10:00am

Judge: Hon. Vincent F. Papalia

## ORDER ENFORCING AUTOMATIC STAY, COMPELLING CESSATION OF WAGE GARNISHMENT, REFUND OF MONIES SEIZED AND FOR PAYMENT OF FEES AND DAMAGES

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: January 6, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**CAPTION OF ORDER:**
ORDER ENFORCING AUTOMATIC STAY, COMPELLING CESSATION OF
WAGE GARNISHMENT, REFUND OF MONIES SEIZED AND FOR PAYMENT OF FEES AND
DAMAGES

**CASE NO**: 16-29199
**ADV. NUMBER**:

**DATE OF HEARING**: December 15, 2016 at 10:00 a.m.

**JUDGE**: Hon. Vincent F. Papalia

---

This matter having been opened to the Court by Steven J. Abelson, Esq. as attorney for the Debtor, with notice having been given to the Creditor, Kearny Municipal EFCU, and the Court having had the opportunity to review the application of the debtor and for the reasons set forth on the record and for good cause shown:

It is hereby:

**ORDERED** as follows:

1) The actions of Kearny Municipal EFCU are deemed to be a wilful violation of 11 U.S.C. § 362(a).

2) Kearny Municipal EFCU shall cease all attempts to collect on any pre-petition debt against the co-debtor including but not limited to the immediate cessation of the wage execution against Debtor and shall refund all sums garnished post petition within fifteen (15) days.

3) Kearny shall refund to the Debtor all monies received post-petition less only those due for the secured debt listed on Debtors' Schedule D.

4) Fees and Costs pursuant to 11 U.S.C. § 362 (k) in the amount of $ 750.00 for the willful violation of the automatic stay are hereby awarded and payment of same shall be made by Kearny Municipal EFCU within fifteen (15) days of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Matthew Christian Kaminski  
Lauren Ruth Kaminski  
    Debtors

Case No. 16-29199-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 06, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2017.  
db/jdb      +Matthew Christian Kaminski,   Lauren Ruth Kaminski,   20 South Midland Ave, Unit H-1,   Kearny, NJ 07032-1681

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2017 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Michael R. DuPont   on behalf of Creditor   Pinnacle Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com  
        Steven J. Abelson   on behalf of Joint Debtor Lauren Ruth Kaminski sjaesq@atrbklaw.com, atrbk1@gmail.com  
        Steven J. Abelson   on behalf of Debtor Matthew Christian Kaminski sjaesq@atrbklaw.com, atrbk1@gmail.com

                                                                                                                              TOTAL: 5