Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−29199−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Matthew Christian Kaminski
20 South Midland Ave, Unit H−1
Kearny, NJ 07032

Lauren Ruth Kaminski
aka Lauren Tchalabi
20 South Midland Ave, Unit H−1
Kearny, NJ 07032

Social Security No.:
xxx−xx−2606

xxx−xx−3340

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/16/17 at 11:00 AM

to consider and act upon the following:

*27* − Motion For Contempt against Kearny Municipal Employees Fed. Credit Union, in addition to Motion for Damages for Creditor Misconduct, in addition to Motion For Sanctions for Violation of Automatic Stay. Sanctions Against Kearny Municipal Employees Fed. Credit Union Filed by Steven J. Abelson on behalf of Lauren Ruth Kaminski, Matthew Christian Kaminski. Hearing scheduled for 2/16/2017 at 11:00 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certificate of Service # 2 Certification of Counsel # 3 Exhibit A − G # 4 Proposed Order) (Abelson, Steven)

Dated: 2/21/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey
```

```
In re:                                                           Case No. 16-29199-VFP
Matthew Christian Kaminski                                       Chapter 13
Lauren Ruth Kaminski
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1        Date Rcvd: Feb 21, 2017
                              Form ID: ntchrgbk        Total Noticed: 3
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2017.
db/jdb         +Matthew Christian Kaminski,    Lauren Ruth Kaminski,    20 South Midland Ave, Unit H-1,
                 Kearny, NJ 07032-1681
cr             +Pinnacle Federal Credit Union,    McKenna, DuPont, Higgins & Stone,    PO Box 610,
                 229 Broad Street,    Red Bank, NJ 07701-2009
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2017 23:21:12      Synchrony Bank,
                 c/o Recovery Mmgt. Sys.,   25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael R. DuPont    on behalf of Creditor   Pinnacle Federal Credit Union dupont@redbanklaw.com,
               dana@redbanklaw.com
              Steven J. Abelson    on behalf of Joint Debtor Lauren Ruth Kaminski sjaesq@atrbklaw.com,
               atrbk1@gmail.com
              Steven J. Abelson    on behalf of Debtor Matthew Christian Kaminski sjaesq@atrbklaw.com,
               atrbk1@gmail.com
                                                                                             TOTAL: 5
```