Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−29199−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Matthew Christian Kaminski
20 South Midland Ave, Unit H−1
Kearny, NJ 07032

Lauren Ruth Kaminski
aka Lauren Tchalabi
20 South Midland Ave, Unit H−1
Kearny, NJ 07032

Social Security No.:
xxx−xx−2606

xxx−xx−3340

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/18/18 at 11:00 AM

to consider and act upon the following:

**44** − Motion to Enforce Automatic Stay and Award Damages per 11 U.S.C. 362(k) Filed by Steven J. Abelson on behalf of Lauren Ruth Kaminski, Matthew Christian Kaminski. Hearing scheduled for 10/18/2018 at 10:00 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification of Counsel # 2 Exhibit # 3 Proposed Order) (Abelson, Steven)

Dated: 9/25/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court