Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−29199−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Matthew Christian Kaminski          Lauren Ruth Kaminski
   20 South Midland Ave, Unit H−1       aka Lauren Tchalabi
   Kearny, NJ 07032                           20 South Midland Ave, Unit H−1
                                           Kearny, NJ 07032

Social Security No.:
   xxx−xx−2606                           xxx−xx−3340

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/18/18 at 11:00 AM

to consider and act upon the following:

*44* − Motion to Enforce Automatic Stay and Award Damages per 11 U.S.C. 362(k) Filed by Steven J. Abelson on behalf of Lauren Ruth Kaminski, Matthew Christian Kaminski. Hearing scheduled for 10/18/2018 at 10:00 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification of Counsel # 2 Exhibit # 3 Proposed Order) (Abelson, Steven)

Dated: 9/25/18

                                                               Jeanne Naughton
                                                               Clerk, U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey
```

```
In re:                                                       Case No. 16-29199-VFP
Matthew Christian Kaminski                                   Chapter 13
Lauren Ruth Kaminski
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1          Date Rcvd: Sep 25, 2018
                             Form ID: ntchrgbk        Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2018.
```
db/jdb         +Matthew Christian Kaminski,   Lauren Ruth Kaminski,   20 South Midland Ave, Unit H-1,
                 Kearny, NJ 07032-1681
cr             +Pinnacle Federal Credit Union,   McKenna, DuPont, Higgins & Stone,   PO Box 610,
                 229 Broad Street,   Red Bank, NJ 07701-2009
cr             +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 25 2018 23:45:07    Synchrony Bank,
                 c/o Recovery Mmgt. Sys.,   25 SE 2nd Ave., Ste. 1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael R. DuPont    on behalf of Creditor    Pinnacle Federal Credit Union dupont@redbanklaw.com,
               dana@redbanklaw.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Steven J. Abelson    on behalf of Debtor Matthew Christian Kaminski sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              Steven J. Abelson    on behalf of Joint Debtor Lauren Ruth Kaminski sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
                                                                                              TOTAL: 6
```