| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| In Re: MATTHEW KAMINSKI LAUREN KAMINSKI | Case No.: 16-29199<br>Chapter: 13<br>Judge: VFP |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Matthew Kaminski_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 1/28/22

_____
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a completed Certification in Support of Discharge.

rev. 6/16/17

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
MATTHEW KAMINSKI
LAUREN KAMINSKI

Case No.: 16-29199
Chapter: 13
Judge: VFP

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Lauren Kaminski_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 1/28/2022

_Lauren Kaminski_
Debtor's Signature

**IMPORTANT**:
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a **completed** Certification in Support of Discharge.

rev. 6/16/17