Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF FEBRUARY 10, 2022

#### Chapter 13 Case # 16-29199

Re:    MATTHEW CHRISTIAN KAMINSKI             Atty:    STEVEN J. ABELSON
       LAUREN RUTH KAMINSKI                            ABELSON LAW OFFICES
       20 SOUTH MIDLAND AVE, UNIT H-1                  80 WEST MAIN STREET
       KEARNY, NJ  07032                               PO BOX 7005
                                                      FREEHOLD, NJ  07728

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $22,003.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/02/2016 | $323.00 | 3444937000 - | 12/05/2016 | $323.00 | 3528919000 - |
| 01/03/2017 | $323.00 | 3600645000 - | 03/02/2017 | $340.00 | 3762200000 - |
| 03/27/2017 | $340.00 | 3824435000 - | 05/02/2017 | $340.00 | 3930357000 - |
| 05/18/2017 | $340.00 | 3969739000 - | 05/30/2017 | $1,637.00 | STEVEN 04582 |
| 06/05/2017 | $340.00 | 4012360000 - | 07/05/2017 | $340.00 | 4088232000 - |
| 08/01/2017 | $340.00 | 4167432000 - | 08/28/2017 | $340.00 | 4237972000 - |
| 09/27/2017 | $340.00 | 4313270000 - | 10/24/2017 | $340.00 | 4385262000 - |
| 12/04/2017 | $340.00 | 4488988000 - | 12/29/2017 | $340.00 | 4550181000 - |
| 01/29/2018 | $340.00 | 4623590000 - | 02/26/2018 | $340.00 | 4694155000 - |
| 04/02/2018 | $340.00 | 4797824000 | 05/04/2018 | $340.00 | 4889710000 |
| 06/04/2018 | $340.00 | 4961288000 | 07/02/2018 | $340.00 | 5036798000 |
| 07/30/2018 | $340.00 | 5104757000 | 08/27/2018 | $340.00 | 5179465000 |
| 09/24/2018 | $340.00 | 5253204000 | 11/05/2018 | $340.00 | 5367629000 |
| 12/03/2018 | $340.00 | 5433185000 | 12/31/2018 | $340.00 | 5500432000 |
| 01/28/2019 | $340.00 | 5570044000 | 02/25/2019 | $340.00 | 5644899000 |
| 03/25/2019 | $340.00 | 5723324000 | 04/22/2019 | $340.00 | 5796135000 |
| 06/03/2019 | $340.00 | 5904221000 | 07/01/2019 | $340.00 | 5975141000 |
| 08/02/2019 | $340.00 | 6062843000 | 08/26/2019 | $357.00 | 6122326000 |
| 10/07/2019 | $340.00 | 6233906000 | 11/04/2019 | $340.00 | 6306353000 |
| 12/02/2019 | $340.00 | 6367050000 | 12/30/2019 | $340.00 | 6433697000 |
| 01/27/2020 | $340.00 | 6505917000 | 02/28/2020 | $340.00 | 6591921000 |
| 03/23/2020 | $340.00 | 6657050000 | 04/20/2020 | $340.00 | 6727787000 |
| 05/18/2020 | $340.00 | 6796879000 | 06/29/2020 | $340.00 | 6895868000 |
| 07/28/2020 | $340.00 | 6968835000 | 09/01/2020 | $340.00 | 7052307000 |
| 10/05/2020 | $340.00 | 7135144000 | 11/02/2020 | $340.00 | 7202107000 |
| 11/30/2020 | $340.00 | 7263736000 | 12/28/2020 | $340.00 | 7330828000 |
| 01/25/2021 | $340.00 | 7401308000 | 02/22/2021 | $340.00 | 7466443000 |
| 03/22/2021 | $340.00 | 7540033000 | 05/03/2021 | $340.00 | 7636682000 |

**Chapter 13 Case # 16-29199**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/03/2021 | $340.00 | 7716621000 | 07/02/2021 | $340.00 | 7783476000 |
| 08/09/2021 | $340.00 | 7866255000 | 09/07/2021 | $340.00 | 7927956000 |
| 10/04/2021 | $322.14 | 7987535000 | 12/03/2021 | $17.86 | 8125616000 |

**Total Receipts: $22,003.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $22,003.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,289.98 | |
| ATTY | ATTORNEY | ADMIN | 1,905.00 | 100.00% | 1,905.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | UNSECURED | 734.16 | * | 308.77 | |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 362.75 | * | 152.57 | |
| 0003 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | MIDLAND FUNDING LLC | UNSECURED | 1,242.55 | * | 522.59 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,980.77 | * | 1,253.65 | |
| 0007 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 988.53 | * | 415.76 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,920.57 | * | 1,228.33 | |
| 0009 | DISNEY | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,610.52 | * | 1,518.51 | |
| 0012 | IMAGING CONSULTANTS OF ESSEX | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0014 | MIDLAND FUNDING LLC | UNSECURED | 7,008.41 | * | 2,947.59 | |
| 0015 | KEARNY MUNICIPAL EMPLOYEES FCU | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0016 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 712.66 | * | 299.73 | |
| 0017 | MERRICK BANK | UNSECURED | 4,179.30 | * | 1,757.73 | |
| 0018 | NJ ATTORNEY GENERAL OFFICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0019 | STATE OF NJ | PRIORITY | 280.11 | 100.00% | 280.11 | |
| 0022 | KHEAA | UNSECURED | 3,430.20 | * | 1,442.67 | |
| 0024 | PINNACLE FEDERAL CREDIT UNION | VEHICLE SECURE | 293.15 | 100.00% | 293.15 | |
| 0025 | WELLS FARGO BANK NA | MORTGAGE ARRE | 2,237.11 | 100.00% | 2,237.11 | |
| 0027 | TOYS R US - BABIES R US | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | QUANTUM3 GROUP LLC | UNSECURED | 304.29 | * | 125.53 | |
| 0031 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,961.51 | * | 1,245.54 | |
| 0032 | DISNEY | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | ECMC | UNSECURED | 3,185.26 | * | 1,339.64 | |
| 0034 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,375.52 | * | 1,419.66 | |

**Total Paid: $21,983.62**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ALLY FINANCIAL | | | | | | | |
| | 10/16/2017 | $5.73 | 789001 | | 11/20/2017 | $6.44 | 790635 |
| | 12/18/2017 | $6.17 | 792588 | | 01/22/2018 | $6.19 | 794413 |
| | 02/20/2018 | $6.18 | 796353 | | 03/19/2018 | $6.18 | 798156 |
| | 04/16/2018 | $6.18 | 800035 | | 05/14/2018 | $6.22 | 801936 |
| | 06/18/2018 | $6.21 | 803842 | | 07/16/2018 | $6.21 | 805826 |
| | 08/20/2018 | $6.22 | 807723 | | 09/17/2018 | $6.22 | 809706 |
| | 10/22/2018 | $6.37 | 811625 | | 11/19/2018 | $6.37 | 813600 |
| | 12/17/2018 | $6.19 | 815476 | | 01/14/2019 | $6.20 | 817406 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 02/11/2019 | $6.20 | 819297 | | 03/18/2019 | $6.19 | 821267 |
| | 04/15/2019 | $6.20 | 823313 | | 05/20/2019 | $6.19 | 825289 |
| | 06/17/2019 | $6.20 | 827317 | | 07/15/2019 | $6.30 | 829176 |
| | 08/19/2019 | $6.31 | 831118 | | 09/16/2019 | $6.30 | 833158 |
| | 10/21/2019 | $6.63 | 835157 | | 11/18/2019 | $6.22 | 837253 |
| | 12/16/2019 | $6.24 | 839191 | | 01/13/2020 | $6.22 | 841079 |
| | 02/10/2020 | $6.23 | 842954 | | 03/16/2020 | $6.22 | 844859 |
| | 04/20/2020 | $6.24 | 846804 | | 05/18/2020 | $6.22 | 848730 |
| | 06/15/2020 | $5.92 | 850407 | | 07/20/2020 | $5.91 | 852196 |
| | 08/17/2020 | $6.08 | 854072 | | 09/21/2020 | $6.07 | 855873 |
| | 10/19/2020 | $6.08 | 857770 | | 11/16/2020 | $6.08 | 859563 |
| | 12/21/2020 | $6.07 | 861383 | | 01/11/2021 | $6.07 | 863186 |
| | 02/22/2021 | $6.08 | 864841 | | 03/15/2021 | $6.08 | 866718 |
| | 04/19/2021 | $6.07 | 868375 | | 05/17/2021 | $6.09 | 870289 |
| | 06/21/2021 | $6.17 | 872087 | | 07/19/2021 | $6.18 | 873895 |
| | 08/16/2021 | $6.17 | 875578 | | 09/20/2021 | $6.17 | 877304 |
| | 10/18/2021 | $6.18 | 879083 | | 11/17/2021 | $5.91 | 880794 |
| DEPARTMENT STORE NATIONAL BANK | | | | | | | |
| | 10/16/2017 | $7.71 | 788798 | | 10/16/2017 | $5.56 | 788798 |
| | 11/20/2017 | $6.25 | 790379 | | 11/20/2017 | $8.67 | 790379 |
| | 12/18/2017 | $8.32 | 792323 | | 12/18/2017 | $6.00 | 792323 |
| | 01/22/2018 | $6.00 | 794145 | | 01/22/2018 | $8.32 | 794145 |
| | 02/20/2018 | $8.33 | 796055 | | 02/20/2018 | $6.00 | 796055 |
| | 03/19/2018 | $6.00 | 797837 | | 03/19/2018 | $8.32 | 797837 |
| | 04/16/2018 | $8.32 | 799699 | | 04/16/2018 | $6.00 | 799699 |
| | 05/14/2018 | $6.04 | 801582 | | 05/14/2018 | $8.38 | 801582 |
| | 06/18/2018 | $8.36 | 803466 | | 06/18/2018 | $6.03 | 803466 |
| | 07/16/2018 | $6.03 | 805475 | | 07/16/2018 | $8.37 | 805475 |
| | 08/20/2018 | $8.38 | 807332 | | 08/20/2018 | $6.03 | 807332 |
| | 09/17/2018 | $6.04 | 809323 | | 09/17/2018 | $8.36 | 809323 |
| | 10/22/2018 | $8.58 | 811208 | | 10/22/2018 | $6.18 | 811208 |
| | 11/19/2018 | $6.18 | 813169 | | 11/19/2018 | $8.58 | 813169 |
| | 12/17/2018 | $8.34 | 815045 | | 12/17/2018 | $6.02 | 815045 |
| | 01/14/2019 | $6.02 | 816974 | | 01/14/2019 | $8.34 | 816974 |
| | 02/11/2019 | $8.34 | 818871 | | 02/11/2019 | $6.01 | 818871 |

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DEPARTMENT STORES NATIONAL BANK | | | | | | |
| | 03/18/2019 | $6.01 | 821501 | 03/18/2019 | $8.34 | 821501 |
| | 04/15/2019 | $8.35 | 823531 | 04/15/2019 | $6.01 | 823531 |
| | 05/20/2019 | $6.02 | 825510 | 05/20/2019 | $8.34 | 825510 |
| | 06/17/2019 | $8.33 | 827529 | 06/17/2019 | $6.01 | 827529 |
| | 07/15/2019 | $6.13 | 829379 | 07/15/2019 | $8.49 | 829379 |
| | 08/19/2019 | $8.50 | 831351 | 08/19/2019 | $6.12 | 831351 |
| | 09/16/2019 | $6.12 | 833369 | 09/16/2019 | $8.49 | 833369 |
| | 10/21/2019 | $8.92 | 835395 | 10/21/2019 | $6.42 | 835395 |
| | 11/18/2019 | $6.05 | 837467 | 11/18/2019 | $8.39 | 837467 |
| | 12/16/2019 | $8.38 | 839400 | 12/16/2019 | $6.04 | 839400 |
| | 01/13/2020 | $6.05 | 841266 | 01/13/2020 | $8.38 | 841266 |
| | 02/10/2020 | $8.39 | 843153 | 02/10/2020 | $6.05 | 843153 |
| | 03/16/2020 | $6.04 | 845063 | 03/16/2020 | $8.39 | 845063 |
| | 04/20/2020 | $8.38 | 847012 | 04/20/2020 | $6.04 | 847012 |
| | 05/18/2020 | $6.06 | 848901 | 05/18/2020 | $8.38 | 848901 |
| | 06/15/2020 | $7.96 | 850586 | 06/15/2020 | $5.73 | 850586 |
| | 07/20/2020 | $5.75 | 852389 | 07/20/2020 | $7.97 | 852389 |
| | 08/17/2020 | $8.18 | 854254 | 08/17/2020 | $5.89 | 854254 |
| | 09/21/2020 | $5.90 | 856072 | 09/21/2020 | $8.19 | 856072 |
| | 10/19/2020 | $8.17 | 857950 | 10/19/2020 | $5.89 | 857950 |
| | 11/16/2020 | $5.91 | 859744 | 11/16/2020 | $8.19 | 859744 |
| | 12/21/2020 | $8.18 | 861571 | 12/21/2020 | $5.90 | 861571 |
| | 01/11/2021 | $5.89 | 863345 | 01/11/2021 | $8.18 | 863345 |
| | 02/22/2021 | $8.18 | 865043 | 02/22/2021 | $5.90 | 865043 |
| | 03/15/2021 | $5.90 | 866879 | 03/15/2021 | $8.19 | 866879 |
| | 04/19/2021 | $8.18 | 868575 | 04/19/2021 | ($8.18) | 868575 |
| | 04/19/2021 | $8.18 | 869689 | 04/19/2021 | $5.89 | 868575 |
| | 04/19/2021 | ($5.89) | 868575 | 04/19/2021 | $5.89 | 869689 |
| | 05/17/2021 | $5.91 | 870472 | 05/17/2021 | $8.18 | 870472 |
| | 06/21/2021 | $8.31 | 872283 | 06/21/2021 | $6.00 | 872283 |
| | 07/19/2021 | $5.99 | 874075 | 07/19/2021 | $8.31 | 874075 |
| | 08/16/2021 | $8.32 | 875757 | 08/16/2021 | $5.99 | 875757 |
| | 09/20/2021 | $6.00 | 877500 | 09/20/2021 | $8.32 | 877500 |
| | 10/18/2021 | $8.31 | 879271 | 10/18/2021 | $5.99 | 879271 |
| | 11/17/2021 | $5.74 | 880981 | 11/17/2021 | $7.97 | 880981 |

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ECMC | | | | | | |
| | 10/16/2017 | $24.85 | 789237 | 11/20/2017 | $27.93 | 790923 |
| | 12/18/2017 | $26.82 | 792865 | 01/22/2018 | $26.82 | 794690 |
| | 02/20/2018 | $26.82 | 796620 | 03/19/2018 | $26.82 | 798435 |
| | 04/16/2018 | $26.82 | 800299 | 05/14/2018 | $26.96 | 802219 |
| | 06/18/2018 | $26.96 | 804140 | 07/16/2018 | $26.96 | 806115 |
| | 08/20/2018 | $26.97 | 808025 | 09/17/2018 | $26.96 | 809993 |
| | 10/22/2018 | $27.65 | 811915 | 11/19/2018 | $27.66 | 813860 |
| | 12/17/2018 | $26.87 | 815746 | 01/14/2019 | $26.87 | 817673 |
| | 02/11/2019 | $26.88 | 819559 | 03/18/2019 | $26.88 | 821534 |
| | 04/15/2019 | $26.88 | 823564 | 05/20/2019 | $26.86 | 825543 |
| | 06/17/2019 | $26.89 | 827557 | 07/15/2019 | $27.37 | 829412 |
| | 08/19/2019 | $27.36 | 831385 | 09/16/2019 | $27.36 | 833398 |
| | 10/21/2019 | $28.72 | 835427 | 11/18/2019 | $27.03 | 837497 |
| | 12/16/2019 | $27.02 | 839426 | 01/13/2020 | $27.02 | 841294 |
| | 02/10/2020 | $27.02 | 843183 | 03/16/2020 | $27.02 | 845096 |
| | 04/20/2020 | $27.01 | 847038 | 05/18/2020 | $27.03 | 848926 |
| | 06/15/2020 | $25.65 | 850613 | 07/20/2020 | $25.65 | 852415 |
| | 08/17/2020 | $26.36 | 854281 | 09/21/2020 | $26.37 | 856097 |
| | 10/19/2020 | $26.37 | 857976 | 11/16/2020 | $26.36 | 859771 |
| | 12/21/2020 | $26.37 | 861594 | 01/11/2021 | $26.36 | 863370 |
| | 02/22/2021 | $26.36 | 865067 | 03/15/2021 | $26.37 | 866903 |
| | 04/19/2021 | $26.36 | 868607 | 05/17/2021 | $26.36 | 870498 |
| | 06/21/2021 | $26.80 | 872307 | 07/19/2021 | $26.79 | 874099 |
| | 08/16/2021 | $26.79 | 875782 | 09/20/2021 | $26.79 | 877525 |
| | 10/18/2021 | $26.80 | 879294 | 11/17/2021 | $25.64 | 881006 |
| KHEAA | | | | | | |
| | 05/18/2020 | $29.09 | 848693 | 06/15/2020 | $27.62 | 850361 |
| | 07/20/2020 | $27.64 | 852144 | 08/17/2020 | $28.38 | 854022 |
| | 09/21/2020 | $28.40 | 855811 | 10/19/2020 | $28.38 | 857706 |
| | 11/16/2020 | $28.39 | 859497 | 12/21/2020 | $28.40 | 861302 |
| | 01/11/2021 | $28.39 | 863116 | 02/22/2021 | $28.40 | 864747 |
| | 03/15/2021 | $28.38 | 866633 | 04/19/2021 | $28.40 | 868267 |
| | 05/17/2021 | $28.39 | 870183 | 06/21/2021 | $28.85 | 871969 |
| | 07/19/2021 | $28.85 | 873782 | 08/16/2021 | $28.86 | 875465 |
| | 09/20/2021 | $28.84 | 877190 | 10/18/2021 | $28.86 | 878974 |
| | 11/17/2021 | $27.63 | 880673 | | | |

**Chapter 13 Case # 16-29199**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MERRICK BANK | | | | | | |
| | 10/16/2017 | $32.60 | 789435 | 11/20/2017 | $36.65 | 791171 |
| | 12/18/2017 | $35.19 | 793095 | 01/22/2018 | $35.19 | 794921 |
| | 02/20/2018 | $35.19 | 796831 | 03/19/2018 | $35.19 | 798668 |
| | 04/16/2018 | $35.19 | 800517 | 05/14/2018 | $35.38 | 802431 |
| | 06/18/2018 | $35.37 | 804363 | 07/16/2018 | $35.38 | 806333 |
| | 08/20/2018 | $35.39 | 808263 | 09/17/2018 | $35.36 | 810220 |
| | 10/22/2018 | $36.28 | 812151 | 11/19/2018 | $36.29 | 814081 |
| | 12/17/2018 | $35.25 | 815967 | 01/14/2019 | $35.27 | 817899 |
| | 02/11/2019 | $35.27 | 819787 | 03/18/2019 | $35.26 | 821770 |
| | 04/15/2019 | $35.27 | 823794 | 05/20/2019 | $35.25 | 825780 |
| | 06/17/2019 | $35.28 | 827768 | 07/15/2019 | $35.90 | 829626 |
| | 08/19/2019 | $35.90 | 831624 | 09/16/2019 | $35.90 | 833623 |
| | 10/21/2019 | $37.69 | 835656 | 11/18/2019 | $35.46 | 837725 |
| | 12/16/2019 | $35.45 | 839634 | 01/13/2020 | $35.45 | 841519 |
| | 02/10/2020 | $35.45 | 843410 | 03/16/2020 | $35.45 | 845327 |
| | 04/20/2020 | $35.47 | 847268 | 05/18/2020 | $35.44 | 849118 |
| | 06/15/2020 | $33.66 | 850813 | 07/20/2020 | $33.66 | 852632 |
| | 08/17/2020 | $34.59 | 854490 | 09/21/2020 | $34.57 | 856328 |
| | 10/19/2020 | $34.61 | 858188 | 11/16/2020 | $34.59 | 859975 |
| | 12/21/2020 | $34.59 | 861814 | 01/11/2021 | $34.60 | 863565 |
| | 02/22/2021 | $34.59 | 865319 | 03/15/2021 | $34.59 | 867108 |
| | 04/19/2021 | $34.60 | 868845 | 05/17/2021 | $34.59 | 870721 |
| | 06/21/2021 | $35.15 | 872532 | 07/19/2021 | $35.15 | 874308 |
| | 08/16/2021 | $35.15 | 875999 | 09/20/2021 | $35.16 | 877756 |
| | 10/18/2021 | $35.15 | 879500 | 11/17/2021 | $33.67 | 881211 |

**Chapter 13 Case # 16-29199**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | | | | | | | |
| | 10/16/2017 | $54.67 | 788739 | | 10/16/2017 | $9.69 | 788739 |
| | 11/20/2017 | $10.90 | 790316 | | 11/20/2017 | $61.46 | 790316 |
| | 12/18/2017 | $59.01 | 792254 | | 12/18/2017 | $10.46 | 792254 |
| | 01/22/2018 | $10.46 | 794080 | | 01/22/2018 | $59.01 | 794080 |
| | 02/20/2018 | $59.01 | 795991 | | 02/20/2018 | $10.46 | 795991 |
| | 03/19/2018 | $10.46 | 797774 | | 03/19/2018 | $59.02 | 797774 |
| | 04/16/2018 | $59.01 | 799638 | | 04/16/2018 | $10.47 | 799638 |
| | 05/14/2018 | $10.52 | 801520 | | 05/14/2018 | $59.32 | 801520 |
| | 06/18/2018 | $59.32 | 803401 | | 06/18/2018 | $10.52 | 803401 |
| | 07/16/2018 | $10.52 | 805421 | | 07/16/2018 | $59.33 | 805421 |
| | 08/20/2018 | $59.35 | 807276 | | 08/20/2018 | $10.51 | 807276 |
| | 09/17/2018 | $10.53 | 809268 | | 09/17/2018 | $59.30 | 809268 |
| | 10/22/2018 | $60.84 | 811151 | | 10/22/2018 | $10.78 | 811151 |
| | 11/19/2018 | $10.78 | 813119 | | 11/19/2018 | $60.80 | 813119 |
| | 12/17/2018 | $59.17 | 815000 | | 12/17/2018 | $10.49 | 815000 |
| | 01/14/2019 | $10.47 | 816928 | | 01/14/2019 | $59.13 | 816928 |
| | 02/11/2019 | $59.14 | 818830 | | 02/11/2019 | $10.49 | 818830 |
| | 03/18/2019 | $10.49 | 820752 | | 03/18/2019 | $59.13 | 820752 |
| | 04/15/2019 | $59.14 | 822800 | | 04/15/2019 | $10.49 | 822800 |
| | 05/20/2019 | $10.48 | 824771 | | 05/20/2019 | $59.15 | 824771 |
| | 06/17/2019 | $59.13 | 826837 | | 06/17/2019 | $10.49 | 826837 |
| | 07/15/2019 | $10.66 | 828704 | | 07/15/2019 | $60.20 | 828704 |
| | 08/19/2019 | $60.20 | 830572 | | 08/19/2019 | $10.68 | 830572 |
| | 09/16/2019 | $10.67 | 832660 | | 09/16/2019 | $60.22 | 832660 |
| | 10/21/2019 | $63.21 | 834616 | | 10/21/2019 | $11.22 | 834616 |
| | 11/18/2019 | $10.53 | 836739 | | 11/18/2019 | $59.44 | 836739 |
| | 12/16/2019 | $59.46 | 838677 | | 12/16/2019 | $10.54 | 838677 |
| | 01/13/2020 | $10.54 | 840562 | | 01/13/2020 | $59.45 | 840562 |
| | 02/10/2020 | $59.45 | 842441 | | 02/10/2020 | $10.55 | 842441 |
| | 03/16/2020 | $10.53 | 844311 | | 03/16/2020 | $59.45 | 844311 |
| | 04/20/2020 | $59.44 | 846258 | | 04/20/2020 | $10.55 | 846258 |
| | 05/18/2020 | $10.54 | 848232 | | 05/18/2020 | $59.46 | 848232 |
| | 06/15/2020 | $56.44 | 849921 | | 06/15/2020 | $10.01 | 849921 |
| | 07/20/2020 | $10.00 | 851666 | | 07/20/2020 | $56.44 | 851666 |
| | 08/17/2020 | $58.01 | 853557 | | 08/17/2020 | $10.28 | 853557 |
| | 09/21/2020 | $10.29 | 855326 | | 09/21/2020 | $58.02 | 855326 |
| | 10/19/2020 | $58.00 | 857243 | | 10/19/2020 | $10.28 | 857243 |
| | 11/16/2020 | $10.28 | 859053 | | 11/16/2020 | $58.00 | 859053 |
| | 12/21/2020 | $58.02 | 860810 | | 12/21/2020 | $10.29 | 860810 |
| | 01/11/2021 | $10.29 | 862722 | | 01/11/2021 | $58.00 | 862722 |
| | 02/22/2021 | $58.02 | 864238 | | 02/22/2021 | $10.28 | 864238 |
| | 03/15/2021 | $10.29 | 866230 | | 03/15/2021 | $58.00 | 866230 |
| | 04/19/2021 | $58.01 | 867782 | | 04/19/2021 | $10.28 | 867782 |
| | 05/17/2021 | $10.28 | 869746 | | 05/17/2021 | $58.01 | 869746 |
| | 06/21/2021 | $58.95 | 871504 | | 06/21/2021 | $10.46 | 871504 |
| | 07/19/2021 | $10.45 | 873369 | | 07/19/2021 | $58.95 | 873369 |
| | 08/16/2021 | $58.95 | 875058 | | 08/16/2021 | $10.45 | 875058 |
| | 09/20/2021 | $10.45 | 876778 | | 09/20/2021 | $58.95 | 876778 |
| | 10/18/2021 | $58.94 | 878578 | | 10/18/2021 | $10.45 | 878578 |
| | 11/17/2021 | $10.01 | 880287 | | 11/17/2021 | $56.46 | 880287 |
| NATIONSTAR MORTGAGE LLC | | | | | | | |
| | 06/19/2017 | $1,367.67 | 780972 | | 07/17/2017 | $282.87 | 783052 |
| | 08/14/2017 | $282.87 | 784823 | | 09/25/2017 | $282.88 | 786699 |
| | 10/16/2017 | $20.82 | 788715 | | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| NAVIENT SOLUTIONS INC | | | | | | | |
| | 10/16/2017 | $26.76 | 789471 | | 11/20/2017 | $30.08 | 791213 |
| | 12/18/2017 | $28.88 | 793138 | | 01/22/2018 | $28.88 | 794965 |
| | 02/20/2018 | $28.88 | 796876 | | 03/19/2018 | $28.88 | 798711 |
| | 04/16/2018 | $28.88 | 800561 | | 05/14/2018 | $29.04 | 802473 |
| | 06/18/2018 | $29.04 | 804408 | | 07/16/2018 | $29.04 | 806374 |
| | 08/20/2018 | $29.03 | 808312 | | 09/17/2018 | $29.04 | 810262 |
| | 10/22/2018 | $29.77 | 812201 | | 11/19/2018 | $29.78 | 814125 |
| | 12/17/2018 | $28.94 | 816013 | | 01/14/2019 | $28.95 | 817949 |
| | 02/11/2019 | $28.94 | 819844 | | 03/18/2019 | $28.94 | 821822 |
| | 04/15/2019 | $28.95 | 823847 | | 05/20/2019 | $28.95 | 825837 |
| | 06/17/2019 | $28.94 | 827821 | | 07/15/2019 | $29.47 | 829678 |
| | 08/19/2019 | $29.47 | 831681 | | 09/16/2019 | $29.46 | 833678 |
| | 10/21/2019 | $30.94 | 835715 | | 11/18/2019 | $29.10 | 837778 |
| | 12/16/2019 | $29.09 | 839695 | | 01/13/2020 | $29.10 | 841574 |
| | 02/10/2020 | $29.10 | 843456 | | 03/16/2020 | $29.09 | 845377 |
| | 04/20/2020 | $29.11 | 847315 | | | | |
| PINNACLE FEDERAL CREDIT UNION | | | | | | | |
| | 06/19/2017 | $179.22 | 780974 | | 07/17/2017 | $37.07 | 783054 |
| | 08/14/2017 | $37.07 | 784825 | | 09/25/2017 | $37.06 | 786701 |
| | 10/16/2017 | $2.73 | 788717 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES | | | | | | | |
| | 10/16/2017 | $23.10 | 789572 | | 10/16/2017 | $26.33 | 789572 |
| | 10/16/2017 | $28.16 | 789572 | | 11/20/2017 | $31.66 | 791343 |
| | 11/20/2017 | $29.60 | 791343 | | 11/20/2017 | $25.97 | 791343 |
| | 12/18/2017 | $24.94 | 793250 | | 12/18/2017 | $28.43 | 793250 |
| | 12/18/2017 | $30.40 | 793250 | | 01/22/2018 | $30.40 | 795092 |
| | 01/22/2018 | $28.42 | 795092 | | 01/22/2018 | $24.94 | 795092 |

**Chapter 13 Case # 16-29199**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 10/16/2017 | $22.78 | 789577 | 10/16/2017 | $23.25 | 789577 |
| | 11/20/2017 | $26.14 | 791348 | 11/20/2017 | $6.01 | 791348 |
| | 11/20/2017 | $25.61 | 791348 | 12/18/2017 | $24.59 | 793256 |
| | 12/18/2017 | $25.10 | 793256 | 01/22/2018 | $25.10 | 795097 |
| | 01/22/2018 | $6.11 | 795097 | 01/22/2018 | $24.59 | 795097 |
| | 02/20/2018 | $24.59 | 8000429 | 02/20/2018 | $30.40 | 8000429 |
| | 02/20/2018 | $25.10 | 8000429 | 02/20/2018 | $24.94 | 8000429 |
| | 02/20/2018 | $28.42 | 8000429 | 03/19/2018 | $28.42 | 8000461 |
| | 03/19/2018 | $24.94 | 8000461 | 03/19/2018 | $25.10 | 8000461 |
| | 03/19/2018 | $6.10 | 8000461 | 03/19/2018 | $30.40 | 8000461 |
| | 03/19/2018 | $24.59 | 8000461 | 04/16/2018 | $24.59 | 8000497 |
| | 04/16/2018 | $30.40 | 8000497 | 04/16/2018 | $25.10 | 8000497 |
| | 04/16/2018 | $24.94 | 8000497 | 04/16/2018 | $28.42 | 8000497 |
| | 05/14/2018 | $28.58 | 8000534 | 05/14/2018 | $25.04 | 8000534 |
| | 05/14/2018 | $25.22 | 8000534 | 05/14/2018 | $6.14 | 8000534 |
| | 05/14/2018 | $30.58 | 8000534 | 05/14/2018 | $24.73 | 8000534 |
| | 06/18/2018 | $24.73 | 8000573 | 06/18/2018 | $30.56 | 8000573 |
| | 06/18/2018 | $25.24 | 8000573 | 06/18/2018 | $25.08 | 8000573 |
| | 06/18/2018 | $28.57 | 8000573 | 07/16/2018 | $28.58 | 8000615 |
| | 07/16/2018 | $25.07 | 8000615 | 07/16/2018 | $25.23 | 8000615 |
| | 07/16/2018 | $6.13 | 8000615 | 07/16/2018 | $30.56 | 8000615 |
| | 07/16/2018 | $24.72 | 8000615 | 08/20/2018 | $24.71 | 8000651 |
| | 08/20/2018 | $30.55 | 8000651 | 08/20/2018 | $25.22 | 8000651 |
| | 08/20/2018 | $25.06 | 8000651 | 08/20/2018 | $28.56 | 8000651 |
| | 09/17/2018 | $28.58 | 8000689 | 09/17/2018 | $25.08 | 8000689 |
| | 09/17/2018 | $25.24 | 8000689 | 09/17/2018 | $6.15 | 8000689 |
| | 09/17/2018 | $30.58 | 8000689 | 09/17/2018 | $24.73 | 8000689 |
| | 10/22/2018 | $25.36 | 8000727 | 10/22/2018 | $31.33 | 8000727 |
| | 10/22/2018 | $25.88 | 8000727 | 10/22/2018 | $25.70 | 8000727 |
| | 10/22/2018 | $29.30 | 8000727 | 11/19/2018 | $29.31 | 0 |
| | 11/19/2018 | $25.71 | 0 | 11/19/2018 | $25.86 | 0 |
| | 11/19/2018 | $6.30 | 0 | 11/19/2018 | $31.34 | 0 |
| | 11/19/2018 | $25.34 | 0 | 12/17/2018 | $24.65 | 0 |
| | 12/17/2018 | $30.47 | 0 | 12/17/2018 | $25.16 | 0 |
| | 12/17/2018 | $24.98 | 0 | 12/17/2018 | $28.47 | 0 |
| | 01/14/2019 | $28.49 | 0 | 01/14/2019 | $25.00 | 0 |
| | 01/14/2019 | $25.15 | 0 | 01/14/2019 | $6.12 | 0 |
| | 01/14/2019 | $30.46 | 0 | 01/14/2019 | $24.64 | 0 |
| | 02/11/2019 | $24.65 | 8000887 | 02/11/2019 | $30.47 | 8000887 |
| | 02/11/2019 | $25.15 | 8000887 | 02/11/2019 | $24.98 | 8000887 |
| | 02/11/2019 | $28.48 | 8000887 | 03/18/2019 | $28.48 | 8000934 |
| | 03/18/2019 | $24.99 | 8000934 | 03/18/2019 | $25.15 | 8000934 |
| | 03/18/2019 | $6.12 | 8000934 | 03/18/2019 | $30.46 | 8000934 |
| | 03/18/2019 | $24.64 | 8000934 | 04/15/2019 | $24.65 | 8000980 |
| | 04/15/2019 | $30.47 | 8000980 | 04/15/2019 | $25.15 | 8000980 |
| | 04/15/2019 | $24.99 | 8000980 | 04/15/2019 | $28.48 | 8000980 |
| | 05/20/2019 | $28.49 | 8001023 | 05/20/2019 | $25.00 | 8001023 |
| | 05/20/2019 | $25.16 | 8001023 | 05/20/2019 | $6.12 | 8001023 |
| | 05/20/2019 | $30.47 | 8001023 | 05/20/2019 | $24.63 | 8001023 |
| | 06/17/2019 | $24.65 | 8001069 | 06/17/2019 | $30.46 | 8001069 |
| | 06/17/2019 | $25.15 | 8001069 | 06/17/2019 | $24.99 | 8001069 |
| | 06/17/2019 | $28.48 | 8001069 | 07/15/2019 | $29.00 | 8001114 |
| | 07/15/2019 | $25.43 | 8001114 | 07/15/2019 | $25.61 | 8001114 |
| | 07/15/2019 | $6.17 | 8001114 | 07/15/2019 | $31.01 | 8001114 |
| | 07/15/2019 | $25.09 | 8001114 | 08/19/2019 | $25.08 | 8001156 |
| | 08/19/2019 | $31.02 | 8001156 | 08/19/2019 | $25.60 | 8001156 |
| | 08/19/2019 | $25.44 | 8001156 | 08/19/2019 | $28.99 | 8001156 |
| | 09/16/2019 | $29.00 | 8001195 | 09/16/2019 | $25.45 | 8001195 |

**Chapter 13 Case # 16-29199**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 09/16/2019 | $25.61 | 8001195 | 09/16/2019 | $6.23 | 8001195 |
| | 09/16/2019 | $31.02 | 8001195 | 09/16/2019 | $25.09 | 8001195 |
| | 10/21/2019 | $26.35 | 8001239 | 10/21/2019 | $32.57 | 8001239 |
| | 10/21/2019 | $26.88 | 8001239 | 10/21/2019 | $26.71 | 8001239 |
| | 10/21/2019 | $30.45 | 8001239 | 11/18/2019 | $28.63 | 8001282 |
| | 11/18/2019 | $25.12 | 8001282 | 11/18/2019 | $25.29 | 8001282 |
| | 11/18/2019 | $6.35 | 8001282 | 11/18/2019 | $30.62 | 8001282 |
| | 11/18/2019 | $24.77 | 8001282 | 12/16/2019 | $24.78 | 8001325 |
| | 12/16/2019 | $30.63 | 8001325 | 12/16/2019 | $25.29 | 8001325 |
| | 12/16/2019 | $25.12 | 8001325 | 12/16/2019 | $28.63 | 8001325 |
| | 01/13/2020 | $28.64 | 8001363 | 01/13/2020 | $25.12 | 8001363 |
| | 01/13/2020 | $25.28 | 8001363 | 01/13/2020 | $6.16 | 8001363 |
| | 01/13/2020 | $30.63 | 8001363 | 01/13/2020 | $24.78 | 8001363 |
| | 02/10/2020 | $24.77 | 8001405 | 02/10/2020 | $30.62 | 8001405 |
| | 02/10/2020 | $25.29 | 8001405 | 02/10/2020 | $25.12 | 8001405 |
| | 02/10/2020 | $28.63 | 8001405 | 03/16/2020 | $28.63 | 8001443 |
| | 03/16/2020 | $25.13 | 8001443 | 03/16/2020 | $25.28 | 8001443 |
| | 03/16/2020 | $6.15 | 8001443 | 03/16/2020 | $30.63 | 8001443 |
| | 03/16/2020 | $24.77 | 8001443 | 04/20/2020 | $24.78 | 8001482 |
| | 04/20/2020 | $30.62 | 8001482 | 04/20/2020 | $25.28 | 8001482 |
| | 04/20/2020 | $25.12 | 8001482 | 04/20/2020 | $28.65 | 8001482 |
| | 05/18/2020 | $28.62 | 8001532 | 05/18/2020 | $25.12 | 8001532 |
| | 05/18/2020 | $25.29 | 8001532 | 05/18/2020 | $6.16 | 8001532 |
| | 05/18/2020 | $30.64 | 8001532 | 05/18/2020 | $24.77 | 8001532 |
| | 06/15/2020 | $23.52 | 8001591 | 06/15/2020 | $29.07 | 8001591 |
| | 06/15/2020 | $24.01 | 8001591 | 06/15/2020 | $23.85 | 8001591 |
| | 06/15/2020 | $27.18 | 8001591 | 07/20/2020 | $27.19 | 8001651 |
| | 07/20/2020 | $23.85 | 8001651 | 07/20/2020 | $23.99 | 8001651 |
| | 07/20/2020 | $5.84 | 8001651 | 07/20/2020 | $29.08 | 8001651 |
| | 07/20/2020 | $23.52 | 8001651 | 08/17/2020 | $24.18 | 8001715 |
| | 08/17/2020 | $29.88 | 8001715 | 08/17/2020 | $24.68 | 8001715 |
| | 08/17/2020 | $24.51 | 8001715 | 08/17/2020 | $27.94 | 8001715 |
| | 09/21/2020 | $27.93 | 8001772 | 09/21/2020 | $24.52 | 8001772 |
| | 09/21/2020 | $24.68 | 8001772 | 09/21/2020 | $6.01 | 8001772 |
| | 09/21/2020 | $29.89 | 8001772 | 09/21/2020 | $24.16 | 8001772 |
| | 10/19/2020 | $24.18 | 8001836 | 10/19/2020 | $29.88 | 8001836 |
| | 10/19/2020 | $24.67 | 8001836 | 10/19/2020 | $24.51 | 8001836 |
| | 10/19/2020 | $27.95 | 8001836 | 11/16/2020 | $27.94 | 8001892 |
| | 11/16/2020 | $24.51 | 8001892 | 11/16/2020 | $24.67 | 8001892 |
| | 11/16/2020 | $6.00 | 8001892 | 11/16/2020 | $29.88 | 8001892 |
| | 11/16/2020 | $24.17 | 8001892 | 12/21/2020 | $24.18 | 8001947 |
| | 12/21/2020 | $29.89 | 8001947 | 12/21/2020 | $24.67 | 8001947 |
| | 12/21/2020 | $24.51 | 8001947 | 12/21/2020 | $27.93 | 8001947 |
| | 01/11/2021 | $27.94 | 8002011 | 01/11/2021 | $24.51 | 8002011 |
| | 01/11/2021 | $24.67 | 8002011 | 01/11/2021 | $6.01 | 8002011 |
| | 01/11/2021 | $29.89 | 8002011 | 01/11/2021 | $24.17 | 8002011 |
| | 02/22/2021 | $24.17 | 8002065 | 02/22/2021 | $29.88 | 8002065 |
| | 02/22/2021 | $24.67 | 8002065 | 02/22/2021 | $24.51 | 8002065 |
| | 02/22/2021 | $27.94 | 8002065 | 03/15/2021 | $27.94 | 8002123 |
| | 03/15/2021 | $24.52 | 8002123 | 03/15/2021 | $24.67 | 8002123 |
| | 03/15/2021 | $6.00 | 8002123 | 03/15/2021 | $29.88 | 8002123 |
| | 03/15/2021 | $24.17 | 8002123 | 04/19/2021 | $24.18 | 8002171 |
| | 04/19/2021 | $29.89 | 8002171 | 04/19/2021 | $24.67 | 8002171 |
| | 04/19/2021 | $24.51 | 8002171 | 04/19/2021 | $27.94 | 8002171 |
| | 05/17/2021 | $27.94 | 8002234 | 05/17/2021 | $24.51 | 8002234 |
| | 05/17/2021 | $24.67 | 8002234 | 05/17/2021 | $6.00 | 8002234 |
| | 05/17/2021 | $29.88 | 8002234 | 05/17/2021 | $24.17 | 8002234 |
| | 06/21/2021 | $24.57 | 8002277 | 06/21/2021 | $30.37 | 8002277 |
| | 06/21/2021 | $25.08 | 8002277 | 06/21/2021 | $24.91 | 8002277 |

Case 16-29199-VFP    Doc 65    Filed 02/10/22    Entered 02/10/22 14:21:21    Desc Main
Document    Page 11 of 11

**Chapter 13 Case # 16-29199**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 06/21/2021 | $28.39 | 8002277 | 07/19/2021 | $28.39 | 8002330 |
| | 07/19/2021 | $24.92 | 8002330 | 07/19/2021 | $25.07 | 8002330 |
| | 07/19/2021 | $6.11 | 8002330 | 07/19/2021 | $30.37 | 8002330 |
| | 07/19/2021 | $24.56 | 8002330 | 08/16/2021 | $24.58 | 8002383 |
| | 08/16/2021 | $30.36 | 8002383 | 08/16/2021 | $25.07 | 8002383 |
| | 08/16/2021 | $24.90 | 8002383 | 08/16/2021 | $28.40 | 8002383 |
| | 09/20/2021 | $28.39 | 8002432 | 09/20/2021 | $24.91 | 8002432 |
| | 09/20/2021 | $25.08 | 8002432 | 09/20/2021 | $6.10 | 8002432 |
| | 09/20/2021 | $30.38 | 8002432 | 09/20/2021 | $24.56 | 8002432 |
| | 10/18/2021 | $24.56 | 8002481 | 10/18/2021 | $30.36 | 8002481 |
| | 10/18/2021 | $25.07 | 8002481 | 10/18/2021 | $24.92 | 8002481 |
| | 10/18/2021 | $28.40 | 8002481 | 11/17/2021 | $27.17 | 8002529 |
| | 11/17/2021 | $23.84 | 8002529 | 11/17/2021 | $24.01 | 8002529 |
| | 11/17/2021 | $5.98 | 8002529 | 11/17/2021 | $29.09 | 8002529 |
| | 11/17/2021 | $23.53 | 8002529 | | | |
| QUANTUM3 GROUP LLC | | | | | | |
| | 11/20/2017 | $5.04 | 791376 | 01/22/2018 | $5.12 | 795127 |
| | 03/19/2018 | $5.13 | 798851 | 05/14/2018 | $5.14 | 802630 |
| | 07/16/2018 | $5.15 | 806507 | 09/17/2018 | $5.15 | 810395 |
| | 11/19/2018 | $5.28 | 814263 | 01/14/2019 | $5.14 | 818086 |
| | 03/18/2019 | $5.14 | 821964 | 05/20/2019 | $5.13 | 826006 |
| | 07/15/2019 | $5.18 | 829831 | 09/16/2019 | $5.23 | 833841 |
| | 11/18/2019 | $5.33 | 837945 | 01/13/2020 | $5.16 | 8001365 |
| | 03/16/2020 | $5.16 | 8001445 | 05/18/2020 | $5.16 | 8001535 |
| | 08/17/2020 | $7.42 | 8001712 | 10/19/2020 | $5.04 | 8001838 |
| | 12/21/2020 | $5.03 | 8001948 | 02/22/2021 | $5.05 | 8002066 |
| | 04/19/2021 | $5.03 | 8002172 | 06/21/2021 | $5.08 | 8002274 |
| | 08/16/2021 | $5.12 | 8002379 | 10/18/2021 | $5.12 | 8002478 |
| STATE OF NJ | | | | | | |
| | 06/19/2017 | $280.11 | 782551 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: February 10, 2022.

Receipts: $22,003.00    -    Paid to Claims: $18,788.64    -    Admin Costs Paid: $3,194.98    =    Funds on Hand: $19.38

Base Plan Amount: $22,003.00    -    Receipts: $22,003.00    =    Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.