| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Matthew Christian Kaminski <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2606 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Lauren Ruth Kaminski <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3340 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–29199–VFP | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Matthew Christian Kaminski

Lauren Ruth Kaminski
aka Lauren Tchalabi

3/11/22

**By the court:** Vincent F. Papalia
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Matthew Christian Kaminski  
Lauren Ruth Kaminski  
    Debtors

Case No. 16-29199-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Mar 11, 2022      Form ID: 3180W      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew Christian Kaminski, Lauren Ruth Kaminski, 20 South Midland Ave, Unit H-1, Kearny, NJ 07032-1681 |
| cr | + | Pinnacle Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516435610 | + | Imaging Consultants of Essex, P.O. Box 371863, Pittsburgh, PA 15250-7863 |
| 518834174 | ++ | KHEAA, ATTN MILES F JUSTICE, 100 AIRPORT RD, FRANKFORT KY 40601-6161 address filed with court:, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518834175 | ++ | KHEAA, ATTN MILES F JUSTICE, 100 AIRPORT RD, FRANKFORT KY 40601-6161 address filed with court:, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 516435613 | + | Kearny Municipal Employees FCU, 645 Kearny Avenue, Kearny, NJ 07032-2905 |
| 516651252 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 516435619 | | NJ Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market St, P.O. Box 112, Trenton, NJ 08625-0112 |
| 516435616 | + | Nationstar Mortgage, P.O. Box 619079, Dallas, TX 75261-9079 |
| 516481941 | + | Navient Solutions, Inc. on behalf of NJHESAA, P.O. Box 548, Trenton, NJ 08625-0548 |
| 516435621 | + | Online Collections, 202 W. Fire Tower Road, Winterville, NC 28590-8412 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2022 20:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2022 20:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Mar 12 2022 01:08:00 | Synchrony Bank, c/o Recovery Mmgt. Sys., 25 SE 2nd Ave., Ste. 1120, Miami, FL 33131-1605 |
| 516529098 | | EDI: GMACFS.COM | Mar 12 2022 01:08:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 516435599 | + | EDI: GMACFS.COM | Mar 12 2022 01:08:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 516435600 | + | EDI: RMSC.COM | Mar 12 2022 01:08:00 | American Eagle, Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 516435601 | + | Email/PDF: bncnotices@becket-lee.com | Mar 11 2022 20:20:40 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 516435603 | | EDI: BANKAMER.COM | Mar 12 2022 01:08:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 516435602 | + | EDI: RMSC.COM | | |

Case 16-29199-VFP    Doc 68    Filed 03/13/22    Entered 03/14/22 01:16:40    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Mar 11, 2022 | Form ID: 3180W | Total Noticed: 51 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | Mar 12 2022 01:08:00 | Banana Republic, P.O. Box 965004, Orlando, FL 32896-5004 |
| 516435604 | | EDI: TSYS2 | Mar 12 2022 01:08:00 | Barclaycard, PO Box 13337, Philadelphia, PA 19101-3337 |
| 516435606 | + | EDI: CAPITALONE.COM | Mar 12 2022 01:08:00 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 516435605 | + | EDI: CITICORP.COM | Mar 12 2022 01:08:00 | Bloomingdale's, 9111 Duke Boulevard, Mason, OH 45040 |
| 516435614 | + | EDI: CITICORP.COM | Mar 12 2022 01:08:00 | Macy's, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 516616600 | | EDI: Q3G.COM | Mar 12 2022 01:08:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516871316 | | EDI: ECMC.COM | Mar 12 2022 01:08:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 516871317 | | EDI: ECMC.COM | Mar 12 2022 01:08:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 516435608 | + | EDI: RMSC.COM | Mar 12 2022 01:08:00 | Gap, Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 516435609 | | EDI: RMSC.COM | Mar 12 2022 01:08:00 | Home Depot, 2455 Paces Ferry Rd NW, Atlanta, GA 30339 |
| 516435611 | + | EDI: IRS.COM | Mar 12 2022 01:08:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 516435612 | + | EDI: RMSC.COM | Mar 12 2022 01:08:00 | JC Penney, Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |
| 516435607 | | EDI: JPMORGANCHASE | Mar 12 2022 01:08:00 | Disney, P.O. Box 15298, Wilmington, DE 19850 |
| 518834174 | | Email/Text: legaldivision@kheaa.com | Mar 11 2022 20:14:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518834175 | | Email/Text: legaldivision@kheaa.com | Mar 11 2022 20:14:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 516479985 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 11 2022 20:20:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516435615 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 11 2022 20:20:49 | Merrick Bank, P.O. Box 171379, Salt Lake City, UT 84117-1379 |
| 516609034 | + | EDI: MID8.COM | Mar 12 2022 01:08:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 516651252 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 11 2022 20:14:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 516435617 | + | EDI: NAVIENTFKASMSERV.COM | Mar 12 2022 01:08:00 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 516435618 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 11 2022 20:14:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 516644082 | | EDI: PRA.COM | Mar 12 2022 01:08:00 | Portfolio Recovery Associates, LLC, c/o American Eagle Outfitters, INC., POB 41067, Norfolk VA 23541 |
| 516651356 | | EDI: PRA.COM | Mar 12 2022 01:08:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516653211 | | EDI: PRA.COM | Mar 12 2022 01:08:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516652074 | | EDI: PRA.COM | Mar 12 2022 01:08:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA |

Case 16-29199-VFP    Doc 68    Filed 03/13/22    Entered 03/14/22 01:16:40    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 11, 2022 | Form ID: 3180W | Total Noticed: 51 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 23541 |
| 516435622 | + | Email/Text: Bankruptcy@pinnaclefcu.com | Mar 11 2022 20:14:00 | Pinnacle FCU, 135 Raritan Center Pkwy, Edison, NJ 08837-3625 |
| 516569148 | | Email/Text: laura@redbanklaw.com | Mar 11 2022 20:13:00 | Pinnacle Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 516452127 | | EDI: Q3G.COM | Mar 12 2022 01:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516435620 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 11 2022 20:14:00 | NJ Division of Taxation, Compliance & Enforcement-Bankruptcy, 50 Barrack Street, 9th Fl, P.O. Box 245, Trenton, NJ 08695-0267 |
| 516438285 | | EDI: RMSC.COM | Mar 12 2022 01:08:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516435624 | + | EDI: RMSC.COM | Mar 12 2022 01:08:00 | Toys R Us - Babies R Us, P.O. Box 965013, Orlando, FL 32896-5013 |
| 516435625 | + | EDI: WFNNB.COM | Mar 12 2022 01:08:00 | Victoria's Secret, Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 517362299 | + | EDI: WFFC.COM | Mar 12 2022 01:08:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 517362300 | + | EDI: WFFC.COM | Mar 12 2022 01:08:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700, Wells Fargo Bank, N.A. 55121-1663 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516452212 | ##+ | Nelnet on behalf of ASA, American Student Assistance, 100 Cambridge Street Suite 1600, Boston, MA 02114-2518 |
| 516435623 | ##+ | Seneca Mortgage Servicing, 611 Jamison Road, Elma, NY 14059-9392 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2022            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | |

| | |
|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 11, 2022 | Form ID: 3180W | Total Noticed: 51 |

| | |
|---|---|
| | on behalf of Creditor WELLS FARGO BANK N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Michael R. DuPont | on behalf of Creditor Pinnacle Federal Credit Union dupont@redbanklaw.com john@redbanklaw.com |
| Steven J. Abelson | on behalf of Joint Debtor Lauren Ruth Kaminski sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| Steven J. Abelson | on behalf of Debtor Matthew Christian Kaminski sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |

TOTAL: 8